REC'D JAN - 7 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   **10CV00029 MSK-KLM**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

      Defendants.

---

### WARRANT FOR ARREST OF PROPERTY *IN REM*

---

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER:

      PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court,

YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the

defendant property described in the Verified Complaint for Forfeiture *In Rem* filed herewith, and

to use whatever means may be appropriate to protect and maintain it in your custody until further

order of this Court; and

      TO PROMPTLY make your return of this Warrant with the Court.

      DONE at Denver, Colorado, this 3 day of February 2010.

GREGORY C. LANGHAM
Clerk of the United States District Court

By: _____
    Deputy Clerk