IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

       Defendants.

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2010, true copies of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

Robin Jones
22301 North County road 27
Bellvue, Colorado 80512
**Cert. #7006 2760 0000 6860 7182**

Joy Hopely
22301 North County road 27
Bellvue, Colorado 80512
**Cert. #7006 2760 0000 6860 7199**

Robin Jones
c/o Mishawaka Inn
13714 Poudre Canyon Highway
Bellvue, Colorado 80512
**Cert. #7006 2760 0000 6860 7205**

Robert Corry, Esq.
600 Seventeenth Street
Suite 2800 South Tower
Denver, Colorado 80202
**Cert. #7006 2760 0000 6860** 7212

       s/ Donna Seago
       FSA Data Analyst
       Office of the United States Attorney