UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 MAR 24  PM 4: 38

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

    Defendants.

## POTENTIAL CLAIMANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLAIM AND ANSWER

Potential Claimant Robin Jones, through undersigned counsel, hereby moves for an extension of time to file his Claim, through April 30, 2010, and Answer, through May 20, 2010, on the following grounds:

1.    The United States served its Notice of Arrest and Procedures, Verified Complaint for Forfeiture in Rem, Order for Warrant for Arrest of Property in Rem, and Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction via certified mail on or about February 17, 2010.

2.    The Claim is presently due March 24, 2010, and the Answer due 20 days after the Claim is filed.

3. Potential Claimant Robin Jones and his undersigned counsel are formulating the response to this lawsuit, which involves complex factual and legal issues regarding the intersection of state and federal law. Given the complexity of this case, these pleadings may not be complete by the deadlines.

4. On March 23, 2010, undersigned counsel conferred with Assistant U.S. Attorney James S. Russell, who had no objection to an extension through April 30, 2010 for the Claim and May 20, 2010 for the Answer.

Wherefore, for the above reasons, extensions should be granted as requested.

Dated this 23rd day of March, 2010.

Respectfully Submitted,
s/Robert J. Corry, Jr.
Robert J. Corry, Jr.
600 Seventeenth Street
Suite 2800 South Tower
Denver, Colorado 80202
303-634-2244 Telephone
303-260-6401 Facsimile
Robert.Corry@comcast.net
Attorney for Potential Claimant Robin Jones

## Certificate of Service

Above-designated counsel hereby certifies that on March 23, 2010, I electronically filed the foregoing POTENTIAL CLAIMANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLAIM AND ANSWER on the following:

James S. Russell
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, CO 80202
James.Russell2@usdoj.gov