IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY, and
MISCELLANEOUS MARIJUANA GROW EQIPMENT.

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Potential Claimant's Unopposed Motion for Extension of Time to File Claim and Answer** [Docket No. 12; Filed March 24, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Potential Claimant Robin Jones shall file her Claim and Answer on or before **May 20, 2010**.

Dated:  March 26, 2010