UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Robert J. Corry, Jr., hereby moves to withdraw as counsel of record in this case on the following grounds:

1. Mr. Corry filed an Unopposed Motion for Extension of Time to File Claim and Answer in the above case.

2. Through attempting to file the above document electronically as required, Mr. Corry eventually learned that his admission to this Court was not in good standing, due to a brief actual suspension with the State Bar of California for personal conduct on his own time unrelated to any client or to the practice of law.

3. Mr. Corry had previously responded to an Order to Show Cause relating to his failure to report his California state suspension to this Court, but he provided an explanation and that Order was discharged, and Mr. Corry believed

the situation was resolved. However, he actually should have applied for readmission when that Order was discharged. Mr. Corry was unaware that a brief suspension with another State Bar would affect his admission to the U.S. District Court for Colorado, and was unaware that he is not in good standing with this Court. He is now aware of his regretful albeit honest mistake, and apologizes for any inconvenience this oversight has caused the Court and the parties.

4. Mr. Corry's client has been informed of this embarrassing situation and Motion to Withdraw as Counsel in the attached Notice to Client.

Wherefore, for the above reasons, Mr. Corry should be permitted to withdraw as counsel of record in this case.

Dated this 26th day of March, 2010.

Respectfully Submitted,
s/Robert J. Corry, Jr.
Robert J. Corry, Jr.
600 Seventeenth Street
Suite 2800 South Tower
Denver, Colorado 80202
303-634-2244 Telephone
303-260-6401 Facsimile
Robert.Corry@comcast.net

## Certificate of Service

Above-designated counsel hereby certifies that on March 26, 2010, I served either by U.S. Mail or electronically the foregoing MOTION TO WITHDRAW AS COUNSEL along with a NOTICE TO CLIENT, on the following:

James S. Russell
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Seventeenth Street Plaza
Denver, CO 80202
James.Russell2@usdoj.gov

Robin Jones
22301 North County Road 27
Bellvue, CO 80512

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

　　　　Defendants.

---

## NOTICE TO CLIENT

---

To:　Robin Jones
　　　22301 North County Road 27
　　　Bellvue, CO 80512

PLEASE BE ADVISED:

1.　Robert J. Corry, Jr. has filed a motion to withdraw as counsel, attached, in the above-entitled action.

2.　The United States District Court for Colorado retains jurisdiction over the above-entitled action.

3.　You have the burden of keeping the Court and parties informed where later notices, pleadings and other papers may be served.

4.　You have the obligation to file a Claim by April 30, 2010 and an Answer by May 20, 2010.