IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

        Defendants.

_____

**NOTICE OF PUBLICATION**
_____

        I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning February 18, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

        DATED this 31st day of March, 2010.

        Respectfully submitted,

        DAVID M. GAOUETTE
        United States Attorney

        s/ James S. Russell
        Office of the United States Attorney
        1225 17th Street, Ste. 700
        Denver, Colorado  80202
        (303) 454-0100
        FAX: (303) 454-0402
        E-mail: James.Russell2@usdoj.gov
        Counsel for the United States