Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
COURT CASE NUMBER: 10-CV-00029-MSK-KLM; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881 , the United States filed a verified Complaint for Forfeiture against the following property:

$4,651.00 U.S. Currency (09-DEA-520829), which was seized from Robin Jones on August 17, 2009 at 22301 North County Road 27, located in Bellvue, CO

$18,282.41 U.S. Currency (09-DEA-521287), which was seized from Robin Jones on August 17, 2009 at Mishawaka Inn, 13714 Poudre Canyon Hwy, located in Bellvue, CO

Miscellaneous Grow Equipment, including the following items:37 Ballasts; 35 High intensity lights; 1 Charcoal filter; which was seized from Robin Jones on August 17, 2009 at 22301 North County Road 27, located in Bellvue, CO

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 18, 2010) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon James Russell, 1225 17th Street, Ste 700, Denver, CO  80202, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 18, 2010 and March 19, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $18,282.41 in United States Currency, et al.

**Court Case No:**     10-CV-00029-MSK-KLM
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/18/2010 | 23.6 | Verified |
| 2 | 02/19/2010 | 23.6 | Verified |
| 3 | 02/20/2010 | 22.4 | Verified |
| 4 | 02/21/2010 | 23.6 | Verified |
| 5 | 02/22/2010 | 23.5 | Verified |
| 6 | 02/23/2010 | 23.6 | Verified |
| 7 | 02/24/2010 | 23.6 | Verified |
| 8 | 02/25/2010 | 23.6 | Verified |
| 9 | 02/26/2010 | 23.6 | Verified |
| 10 | 02/27/2010 | 23.6 | Verified |
| 11 | 02/28/2010 | 23.6 | Verified |
| 12 | 03/01/2010 | 23.6 | Verified |
| 13 | 03/02/2010 | 23.6 | Verified |
| 14 | 03/03/2010 | 23.6 | Verified |
| 15 | 03/04/2010 | 23.6 | Verified |
| 16 | 03/05/2010 | 23.6 | Verified |
| 17 | 03/06/2010 | 23.6 | Verified |
| 18 | 03/07/2010 | 23.6 | Verified |
| 19 | 03/08/2010 | 23.5 | Verified |
| 20 | 03/09/2010 | 23.6 | Verified |
| 21 | 03/10/2010 | 23.6 | Verified |
| 22 | 03/11/2010 | 23.6 | Verified |
| 23 | 03/12/2010 | 23.6 | Verified |
| 24 | 03/13/2010 | 23.5 | Verified |
| 25 | 03/14/2010 | 23.6 | Verified |
| 26 | 03/15/2010 | 24.0 | Verified |
| 27 | 03/16/2010 | 24.0 | Verified |
| 28 | 03/17/2010 | 24.0 | Verified |
| 29 | 03/18/2010 | 24.0 | Verified |
| 30 | 03/19/2010 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.