IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY, and
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Robert J. Corry's Jr.'s **Motion to Withdraw as Counsel** [Docket No. 15; Filed March 26, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Robert J. Corry, Jr. Is relieved of any further representation of Potential Claimant Robin Jones.  The Clerk is instructed to terminate Robert J. Corry, Jr. as attorney of record and to remover his name from the electronic certificate of mailing.

      Dated:  April 5, 2010