IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

       Defendants.

---

### CERTIFICATE OF SERVICE - MISHVESTMENTS, LLC

---

I hereby certify that on this 7th day of July, 2010, true copies of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, Certified Mail, Return Receipt Requested to:

Mishvestments, LLC
c/o J. Brad March, Esq.
March, Olive & Pharris, LLC
110 East Oak, Ste. 200
Fort Collins, Colorado 80524
**Cert. No. 7006 0100 0000 9879 2995**

                                              s/ Michelle Lockman
                                              Office of the United States Attorney