IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

    Defendants.

---

CERTIFICATE OF SERVICE

---

I hereby certify that on this 8th day of July, 2010, true copies of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, Certified Mail, Return Receipt Requested to:

Richard K. Kornfeld, Esq.
Recht & Kornfeld PC
1600 Stout Street, Ste. 1000
Denver, Colorado 80202
**Cert. No. 7005 1160 0002 5603 7845**

Brian K. Holland, Esq.
Recht & Kornfeld PC
1600 Stout Street, Ste. 1000
Denver, Colorado 80202
**Cert. No. 7008 1830 0000 6625 3311**

                                              s/ Michelle Lockman
                                              Office of the United States Attorney