IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>against<br><br>$18,282.41 IN UNITED STATES CURRENCY,<br>$4,651.00 IN UNITED STATES CURRENCY,<br>MISCELLANEOUS MARIJUANA GROW<br>EQUIPMENT,<br><br>   Defendants. | Civil No. 10 CV 00029-MSK-KLM |

### VERIFIED CLAIM OF MISHVESTMENTS, LLC

TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mishvestments, LLC has an interest in the defendant property located at 13714 Poudre Canyon, Bellvue, Colorado.

1. On or about August 10, 2007, Robin H. Jones executed and delivered to Mishvestments a Security Agreement ("the Agreement") in the form attached hereto as Exhibit A.

2. The Note was and is secured by a deed of trust dated August 10, 2007, recorded on September 19, 2007, as instrument no. 20070071899, in the official records of Larimer County. A copy of the deed of trust is attached hereto as Exhibit B.

3. As of August 10, 2007, the principal due and owing under the note is $580,000.00 in accordance with the attached schedule attached as Exhibit A.1. Interest due and owing as of August 10, 1010 will be $230,465.00. Interest will continue to accrue under the note at a rate of $238.36 per diem

from August 10, 2007. Additional amounts are due under the terms of the Note for attorneys' fees, costs and collection costs, late charges and other assessable amounts.

By virtue of Mishvestments, LLC's interest in the defendant property, Mishvestments, LLC demands restitution and the right to defend this action.

Respectfully submitted this 21st day of July, 2010.

                       **MARCH, OLIVE & PHARRIS, LLC**

                       By:   s/J. Brad March
                              J. Brad March
                              110 E. Oak St., Ste. 200
                              Fort Collins, CO  80524
                              Phone: (970) 482-4322
                              Fax:    (970) 482-5719
                              E-mail: bmarch@bmarchlaw.com
                       **ATTORNEYS FOR MISHVESTMENTS, LLC**

## VERIFICATION

I, Wayne K. Schrader, am a Member of Mishvestments, LLC, and I am authorized to make this verification on its behalf.

I have read the foregoing verified claim of Mishvestments, LLC and know the contents thereof.

I am informed and believe that the matters stated are true and on that basis I declare that the matters stated are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21st, 2010, at Fort Collins, Colorado.

MISHVESTMENTS, LLC

By:    s/ Wayne K. Schrader
       Wayne K. Schrader, Member

The forgoing was subscribed and sworn to before me this 21st day of July, 2010 by Wayne K. Schrader as member of Mishvestments, LLC.

Witness my hand and official seal.

My commission expires __07/13/2011__.     /s Sheila C. Hockley
       Notary Public

SEAL

\\server\MarchLaw\WPC\JBM\SCHRADER\JONES, ROBIN\MISHAWAKA INN FORFEITURE ACTION - MONEY\Pleadings\VERIFIED CLAIM.doc

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **VERIFIED CLAIM OF MISHVESTMENTS, LLC** was served on the following by first class U.S. mail, postage prepaid on the 21st day of July, 2010.

>James S. Russell, Asst. U.S. Attorney
>U.S. Attorney's Office - District of Colorado
>1225 17th Street, Suite 700
>17th Street, Ste. 700
>Denver, CO 80202
>
>Forfeiture Counsel
>Asset Forfeiture Section
>Drug Enforcement Administration
>8701 Morrissette Drive
>Springfield, VA 22152

>>s/Sheila C. Hockley
>>Sheila C. Hockley, Assistant to J. Brad March

\\server\MarchLaw\WPC\JBM\SCHRADER\JONES, ROBIN\MISHAWAKA INN FORFEITURE ACTION\VERIFIED CLAIM.doc