## Colorado UCC Financing Statement - New Filing

Printed On: 08/14/2007 16:06:49 MDT
County: 99-Secretary_of_State
Reception Number: 2007F083369
Filed: 08/14/2007 16:06:40 MDT

### Filing Information

UCC Lien

### Debtor #1: JONES ROBIN H.

SSN/FED:
Mailing Address: 13714 POUDRE CANYON
Mailing Address 2:
City,State,Zip: BELLVUE CO 80512

### Debtor #2: MISHAWAKA INN, INC.

Org Type:CORPORATION
Org State:CO
Org ID#:20021311473
SSN/FED:
Mailing Address: 13714 POUDRE CANYON
Mailing Address 2:
City,State,Zip: BELLVUE CO 80512

### Secured Party #1: MISHVESTMENTS, LLC - TRUSTEE

Mailing Address: 110 EAST OAK STREET
Mailing Address 2: SUITE 200
City,State,Zip: FORT COLLINS CO 80524

### UCC Collateral #1: General Description

Description:EXHIBIT A-1 TO UCC - 1 LIST OF COLLATERAL 1. THE
REAL PROPERTY, MORE FULLY DESCRIBED AS: THE N 1/2 OF THE
SE 1/4 OF SECTION 5, TOWNSHIP 8 NORTH, RANGE 71 WEST OF THE
6TH P.M., COUNTY OF LARIMER, STATE OF COLORADO, EXCEPT
THE WEST 1055 FT. THEREOF, ALSO EXCEPT THAT PARCEL
CONVEYED TO THE COUNTY OF LARIMER AS RECORDED
NOVEMBER 7, 1949, IN BOOK 882 AT PAGE 418 OF THE LARIMER
COUNTY, COLORADO RECORDS (THE "PROPERTY"). 2. ALL
EASEMENTS AND RIGHTS-OF-WAY AND RIGHTS TO THE SAME
BELONGING OR IN ANY WAY APPERTAINING TO THE PROPERTY
OWNED BY BORROWER. 3. ALL MINERALS AND MINERAL RIGHTS,
INCLUDING OIL, GAS, GRAVEL, AND OTHER MINERALS, LYING IN,
ON, OR UNDER THE SURFACE OF THE PROPERTY OWNED BY
BORROWER. 4. ALL WATER AND WATER RIGHTS NOW OWNED OR
HEREAFTER ACQUIRED BY BORROWER INCLUDING BUT NOT
LIMITED TO ALL WATER AND SEWER TAPS OWNED BY
BORROWER BELONGING TO OR IN ANY WAY RELATED TO OR
APPURTENANT TO THE PROPERTY. 5. ALL STRIPS AND GORES OF
LAND LYING BETWEEN THE PROPERTY AND STREETS, ROADS,
HIGHWAYS OR ALLEYS, OPEN OR PROPOSED, OWNED BY
BORROWER. 6. ALL ESTATES, RIGHTS, TITLES, INTERESTS,
PRIVILEGES, TENEMENTS, HEREDITAMENTS, AND
APPURTENANCES OF ANY NATURE WHATSOEVER, IN ANY WAY
BELONGING, RELATING, OR PERTAINING TO THE PROPERTY
OWNED BY BORROWER.



EXHIBIT
B

## Colorado UCC Financing Statement - Amendment Add Collateral

**Printed On:** 08/14/2007 16:32:53 MDT
**County:** 99-Secretary_of_State
**Reception Number:** 2007F083374
**Filed:** 08/14/2007 16:32:43 MDT

### Filing Information

Original County Code: 99 - Secretary of State
Original Date Filed: 08/14/2007
EFS No

Original Reception Number: 2007F083369

### UCC Collateral #1: General Description

Description:7. THE REVERSION OR REVERSIONS, REMAINDER AND REMAINDERS, RENTS, ISSUES, AND PROFITS IN ANY WAY BELONGING, RELATING, OR PERTAINING TO THE PROPERTY OWNED BY BORROWER. 8. ALL IMPROVEMENTS PRESENTLY LOCATED OR SUBSEQUENTLY CONSTRUCTED ON THE PROPERTY OWNED BY BORROWER. 9. ALL OF BORROWER'S RIGHT, TITLE AND INTEREST IN AND TO ALL MACHINERY, APPARATUS, FURNITURE, FIXTURES, EQUIPMENT AND OTHER PROPERTY OF EVERY KIND AND NATURE NOW OR HEREAFTER LOCATED UPON THE PROPERTY AND USABLE IN CONNECTION WITH THE PRESENT OR FUTURE OPERATION OF THE PROPERTY. BORROWER SHALL HAVE THE RIGHT TO REPLACE ANY FIXTURES OR OTHER PERSONAL PROPERTY WITH COMPARABLE FIXTURES OR EQUIPMENT, PROVIDED THAT THE DEED OF TRUST SHALL EXTEND TO AND REPRESENT A LIEN AGAINST ALL SUCH REPLACEMENT ITEMS. 10. ALL OF BORROWER'S RIGHT, TITLE AND INTEREST IN AND TO ALL DEPOSITS, FUNDS, ACCOUNTS, PERFORMANCE CONTRACTS, UTILITY SUPPLY CONTRACTS, CONTRACT RIGHTS, INSTRUMENTS, DOCUMENTS, MARKETING AND SALES BROCHURES, GENERAL INTANGIBLES (INCLUDING TRADEMARKS, TRADE NAMES, AND SYMBOLS USED IN CONNECTION THEREWITH), AND NOTES OR CHATTEL PAPER ARISING FROM OR BY VIRTUE OF ANY TRANSACTION RELATED TO THE PROPERTY OR THE USE THEREOF AND THE RIGHT TO RECEIVE AND APPLY THE DEPOSITS, FUNDS, ACCOUNTS, NOTES, CHATTEL PAPER, CONTRACT RIGHTS, INSTRUMENTS, DOCUMENTS, AND GENERAL INTANGIBLES TO THE PAYMENT OF THE LOAN. 11. ALL OF BORROWER'S RIGHT, TITLE AND INTEREST IN AND TO ALL PERMITS, LICENSES, FRANCHISES, CERTIFICATES, AND OTHER RIGHTS AND PRIVILEGES OBTAINED IN CONNECTION WITH THE PROPERTY INCLUDING THE HOTEL RESTAURANT LIQUOR LICENSE ISSUED BY LARIMER COUNTY AND THE STATE OF COLORADO. 12. ALL OF BORROWER'S RIGHT

### UCC Collateral #2: General Description

Description:, TITLE AND INTEREST IN AND TO ALL CONTRACTS FOR THE SALE OF ALL OR ANY PORTION OF THE PROPERTY NOW EXISTING OR HEREAFTER ACQUIRED, AND THE PROCEEDS THEREFROM, AND ALL PROCEEDS ARISING FROM OR BY VIRTUE OF THE RENTAL OR OTHER DISPOSITION OF ALL OR ANY OF THE PROPERTY AND THE RIGHT TO RECEIVE AND APPLY ALL OF SAID PROCEEDS TO THE PAYMENT OF THE LOAN. 13. ALL OF BORROWER'S RIGHT, TITLE AND INTEREST IN AND TO ALL AWARDS OR PAYMENTS, INCLUDING INTEREST THEREON, AND THE RIGHT TO RECEIVE AND APPLY THE SAME TO THE PAYMENT OF THE LOAN, WHICH MAY BE MADE WITH RESPECT TO THE PROPERTY, WHETHER FROM THE EXERCISE OF THE RIGHT OF EMINENT DOMAIN (INCLUDING ANY TRANSFER MADE IN LIEU OF THE EXERCISE OF SAID RIGHT) OR FOR ANY OTHER INJURY TO OR DECREASE IN THE VALUE OF THE PROPERTY. 14. ALL OF BORROWER'S RIGHT, TITLE AND INTEREST IN AND TO ALL LEASES, SALES CONTRACTS, AND OTHER AGREEMENTS AFFECTING THE SALE, USE, OR OCCUPANCY OF THE PROPERTY NOW OR HEREAFTER ENTERED INTO, AND THE RIGHT TO RECEIVE AND APPLY THE RENTS, ISSUES, AND PROFITS OF THE PROPERTY TO THE PAYMENT OF THE LOAN. 15. ANY INSURANCE POLICIES REQUIRED TO BE MAINTAINED HEREUNDER AND ALL PROCEEDS OF AND ANY UNEARNED PREMIUMS ON ANY INSURANCE POLICIES REQUIRED TO BE MAINTAINED HEREUNDER OR OTHERWISE COVERING THE PROPERTY, INCLUDING, WITHOUT LIMITATION, THE RIGHT TO RECEIVE AND APPLY THE PROCEEDS OF ANY INSURANCE, JUDGMENTS, OR SETTLEMENTS MADE IN LIEU THEREOF FOR DAMAGE TO THE

8/14/2007

PROPERTY TO THE PAYMENT OF THE LOAN.

**UCC Collateral #3: General Description**
Description:16. THE RIGHT, IN THE NAME AND ON BEHALF OF
BORROWER (BUT WITHOUT PREJUDICE TO THE RIGHT OF
BORROWER TO SAME), TO APPEAR IN AND DEFEND ANY ACTION
OR PROCEEDING BROUGHT WITH RESPECT TO THE PROPERTY
AND TO COMMENCE ANY ACTION OR PROCEEDING TO PROTECT
THE INTEREST OF LENDER IN THE PROPERTY. 17. ALL OTHER
INTERESTS OF EVERY KIND AND CHARACTER WHICH BORROWER
NOW HAS OR AT ANY TIME THEREAFTER ACQUIRES IN AND TO
THE REAL AND PERSONAL PROPERTY DESCRIBED HEREIN AND
ALL PROPERTY WHICH IS USED OR USEFUL IN CONNECTION
THEREWITH, INCLUDING, BUT NOT LIMITED TO, RIGHTS OF
INGRESS OR EGRESS AND ALL REVERSIONARY RIGHTS OR
INTERESTS OF BORROWER THEREIN. 18. ALL CONTRACTS AND
AGREEMENTS BETWEEN BORROWER, ARCHITECT, AND ENGINEER
AND ANY OTHER ARCHITECT OR ENGINEER FOR THE DESIGN OF
THE IMPROVEMENTS RELATING TO THE PROJECT. 19. ALL OTHER
AGREEMENTS AND CONTRACTS BETWEEN BORROWER AND
OTHER PERSONS AND ENTITIES PERTAINING TO THE PROPERTY.
20. RESTAURANT EQUIPMENT INCLUDING BUT NOT LIMITED TO
ALL THE EQUIPMENT USED IN CONJUNCTION WITH THE
OPERATION OF THE RESTAURANT AND MUSIC VENUE,
INCLUDING ALL MUSIC EQUIPMENT (INCLUDING, BUT NOT
LIMITED TO, SPEAKERS, AMPLIFIERS, CABLING, LIGHTING,
MIXERS, MICROPHONES AND OTHER MUSICAL EQUIPMENT),
RESTAURANT EQUIPMENT (INCLUDING, BUT NOT LIMITED TO,
ALL KITCHEN AND FOOD PREPARATION EQUIPMENT, TABLES,
CHAIRS, CASH REGISTERS, PHONES, LIGHTING AND OTHER
RESTAURANT EQUIPMENT), BARROOM EQUIPMENT (INCLUDING,
BUT NOT LIMITED TO, ALCOHOL DISPENSING EQUIPMENT, BARS,
PLATES, GLASSWARE, POTS AND PANS, SILVERWARE, CUPS,
PITCHERS AND ALL OTHER EQUIPMENT USED IN CONJUNCTION
WITH THE OPERATION OF THE HOTEL RESTAURANT LIQUOR
LICENSE)

**UCC Collateral #4: General Description**
Description:21. INVENTORY (INCLUDING, BUT NOT LIMITED TO, ALL
FOOD, BEVERAGE, ALCOHOLIC BEVERAGE AND OTHER
PRODUCTS PREPARED OR SOLD TO THE PUBLIC), ALL PROCEEDS
(INCLUDING ALL PROCEEDS FROM ANY SALES, CONCERTS,
SERVICES), AND AFTER-ACQUIRED INVENTORY AND ACCOUNTS
RECEIVABLE. EXHIBIT A-2 TO UCC - 1 LIST OF SPECIFIC ASSETS 1.
RIGHTS TO WELL, PERMITTED BY THE COLORADO DIVISION OF
WATER RESOURCES, AS PERMIT NO. 102654 USED IN THE
OPERATION OF MISHAWAKA (THE "BUSINESS"). 2. LIQUOR
LICENSE FOR PROPERTY IDENTIFIED AS MISHAWAKA AND HELD
BY LENDER. 3. ALL INVENTORY OF THE BUSINESS, ON HAND OR
SUBSEQUENTLY ACQUIRED. 4. SPECIFIC EQUIPMENT. THE
FOLLOWING LIST OF EQUIPMENT LOCATED ON THE BUSINESS
PREMISES IS NOT INTENDED TO LIMIT THE GENERAL
ENCUMBRANCE AND PLEDGE OF ALL EQUIPMENT USED IN THE
OPERATION OF THE BUSINESS. A. BAR INTERIOR EQUIPMENT:
TWO (2) BEER COOLERS; THREE (3) 3-HOLE REACH-IN/REACH-
DOWN COOLERS; SMALL REFRIGERATOR; HAND SINK; STEEL
TABLE. B. KITCHEN AREA: PANS; DISH CUTLERY; FLAT-TOP
STOVE; SHELVING (TIMES 3); POP DISPENSER; REACH-INS -
SUPERIOR (TIMES 2); THREE-HOLE SINK; PREP TABLES (TIMES 2);
STOVE; GRILL; FRYER; MICROWAVE OVEN (TIMES 2); WARMER
(TIMES 2); TOASTER (TIMES 2). C. BAR/DANCE AREA: BEER WALK-
IN AND COMPRESSED SOUND SYSTEM; TELEVISION; FIVE (5)
TABLES AND CHAIRS FOR TABLES; SIXTEEN (16) BAR STOOLS;
SPEAKERS; WHEEL TABLE; ICE MACHINES (TIMES 2); LADDER;
MIRROR BALL; INSIDE LIGHTING, INCLUDING ALL STAGE
LIGHTING; SPEAKERS; DECORATIVE STOPLIGHT; COMPUTERIZED
PROJECTOR; ANIMAL MOUNTS.

**UCC Collateral #5: General Description**
Description:D. EXTERIOR: OUTSIDE TABLES FIFTEEN (15) OR MORE
WITH FOUR (4) CHAIRS PER TABLE; UPPER DECK; TWO (2) TABLES;
BARBECUE; PLASTIC TABLES (TIMES 9); STAGE LIGHTING;
SPEAKERS; MIXER BOARD AND OTHER MATERIALS; E. OUTSIDE
BAR: TWO-HOLE SINK; POP DISPENSER; BEER COOLER; FOUR-
HOLE, REACH-DOWN REFRIGERATION UNIT. F. OUTDOOR STAGE,
INCLUDING SIXTEEN (16) SPOTLIGHTS. G. MAIN CABIN: STOVE;
REFRIGERATOR; TELEVISION. H. SECOND CABIN: TWO (2)
FREEZERS, INCLUDING REACH-IN REFRIGERATOR; MICROWAVE;
COMPUTERS; CASH REGISTER. I. TOOLS, INCLUDING DRILLS. J.
AIR COMPRESSOR-SPEED AIR, FIVE (5) HORSEPOWER. K.
GREENHOUSE: WALK-IN REFRIGERATION AND FREEZER

TOGETHER WITH COMPRESSORS AND REACH-IN FREEZER. L. RED
HOUSE: REFRIGERATOR, PROPANE HEATER AND STOVE. M. ALL
COMPUTERS LOCATED ON THE PROPERTY. N. ALL CASH
REGISTERS LOCATED ON THE PROPERTY. O. ALL ACCOUNTING
RECORDS; ACCOUNTS RECEIVABLE FOR BUSINESS KNOWN AS
MISHAWAKA, INCLUDING FUTURE ACCOUNTS RECEIVABLE.

**Authorized Party #1: MISHVESTMENTS, LLC -
TRUSTEE**

# COLORADO UCC FINANCING STATEMENT

Filing Fee: $18

**Follow Instructions Carefully**

A. NAME & PHONE OF CONTACT (optional)
J. Brad March; (970) 482-4322

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

J. Brad March
March, Olive & Pharris, LLC
110 E. Oak St., Ste. 200
Fort Collins, CO  80524

ABOVE SPACE FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| 1b. INDIVIDUAL'S LAST NAME: JONES | FIRST NAME: ROBIN | MIDDLE NAME: H. | SUFFIX | |
| 1c. MAILING ADDRESS: 13714 POUDRE CANYON | CITY: BELLVUE | STATE: CO | POSTAL CODE: 80512 | COUNTRY: U.S.A. |
| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | ☑NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME: MISHAWAKA INN, INC. | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS: 13714 POUDRE CANYON | CITY: BELLVUE | STATE: CO | POSTAL CODE: 80512 | COUNTRY: U.S.A. |
| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: CORPORATION | 2f. JURISDICTION OF ORGANIZATION: COLORADO | 2g. ORGANIZATIONAL ID #, if any | ☐NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: MISHVESTMENTS, LLC - TRUSTEE | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 3c. MAILING ADDRESS: 110 E. OAK ST., STE. 200 | CITY: FORT COLLINS | STATE: CO | POSTAL CODE: 80524 | COUNTRY: U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

SEE ATTACHED EXHIBITS A-1 AND A-2

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed (for record) in the REAL ESTATE RECORDS

8. OPTIONAL FILER REFERENCE DATA

Consented to: *[signature]* Robin H. Jones

NATIONAL UCC FINANCING STATEMENT (FORM UCC1) - COLORADO (REV 7/18/2007)

**EXHIBIT A-1**
to UCC - 1

**LIST OF COLLATERAL**

1.    The real property, more fully described as:

   The N 1/2 of the SE 1/4 of Section 5, Township 8 North, Range 71 West of the 6th P.M., County of Larimer, State of Colorado, except the West 1055 ft. thereof, also except that parcel conveyed to the County of Larimer as recorded November 7, 1949, in Book 882 at Page 418 of the Larimer County, Colorado records (the "Property").

2.    All easements and rights-of-way and rights to the same belonging or in any way appertaining to the Property owned by Borrower.

3.    All minerals and mineral rights, including oil, gas, gravel, and other minerals, lying in, on, or under the surface of the Property owned by Borrower.

4.    All water and water rights now owned or hereafter acquired by Borrower including but not limited to all water and sewer taps owned by Borrower belonging to or in any way related to or appurtenant to the Property.

5.    All strips and gores of land lying between the Property and streets, roads, highways or alleys, open or proposed, owned by Borrower.

6.    All estates, rights, titles, interests, privileges, tenements, hereditaments, and appurtenances of any nature whatsoever, in any way belonging, relating, or pertaining to the Property owned by Borrower.

7.    The reversion or reversions, remainder and remainders, rents, issues, and profits in any way belonging, relating, or pertaining to the Property owned by Borrower.

8.    All Improvements presently located or subsequently constructed on the Property owned by Borrower.

9.    All of Borrower's right, title and interest in and to all machinery, apparatus, furniture, fixtures, equipment and other property of every kind and nature now or hereafter located upon the Property and usable in connection with the present or future operation of the Property. Borrower shall have the right to replace any fixtures or other personal property with comparable fixtures or equipment, provided that the Deed of Trust shall extend to and represent a lien against all such replacement items.

10.    All of Borrower's right, title and interest in and to all deposits, funds, accounts, performance contracts, utility supply contracts, contract rights, instruments, documents, marketing and sales brochures, general intangibles (including trademarks, trade names, and symbols used in connection therewith), and notes or chattel paper arising from or by virtue of any transaction related to the Property or the use thereof and the right to receive and apply the deposits, funds, accounts, notes, chattel paper, contract rights, instruments, documents, and general intangibles to the payment of the Loan.

11. All of Borrower's right, title and interest in and to all permits, licenses, franchises, certificates, and other rights and privileges obtained in connection with the Property including the Hotel Restaurant Liquor License issued by Larimer County and the State of Colorado.

12. All of Borrower's right, title and interest in and to all contracts for the sale of all or any portion of the Property now existing or hereafter acquired, and the proceeds therefrom, and all proceeds arising from or by virtue of the rental or other disposition of all or any of the Property and the right to receive and apply all of said proceeds to the payment of the Loan.

13. All of Borrower's right, title and interest in and to all awards or payments, including interest thereon, and the right to receive and apply the same to the payment of the Loan, which may be made with respect to the Property, whether from the exercise of the right of eminent domain (including any transfer made in lieu of the exercise of said right) or for any other injury to or decrease in the value of the Property.

14. All of Borrower's right, title and interest in and to all leases, sales contracts, and other agreements affecting the sale, use, or occupancy of the Property now or hereafter entered into, and the right to receive and apply the rents, issues, and profits of the Property to the payment of the Loan.

15. Any insurance policies required to be maintained hereunder and all proceeds of and any unearned premiums on any insurance policies required to be maintained hereunder or otherwise covering the Property, including, without limitation, the right to receive and apply the proceeds of any insurance, judgments, or settlements made in lieu thereof for damage to the Property to the payment of the Loan.

16. The right, in the name and on behalf of Borrower (but without prejudice to the right of Borrower to same), to appear in and defend any action or proceeding brought with respect to the Property and to commence any action or proceeding to protect the interest of Lender in the Property.

17. All other interests of every kind and character which Borrower now has or at any time thereafter acquires in and to the real and personal property described herein and all property which is used or useful in connection therewith, including, but not limited to, rights of ingress or egress and all reversionary rights or interests of Borrower therein.

18. All contracts and agreements between Borrower, Architect, and Engineer and any other architect or engineer for the design of the Improvements relating to the Project.

19. All other agreements and contracts between Borrower and other persons and entities pertaining to the Property.

20. Restaurant Equipment including but not limited to all the equipment used in conjunction with the operation of the restaurant and music venue, including all music equipment (including, but not limited to, speakers, amplifiers, cabling, lighting, mixers, microphones and other musical equipment), restaurant equipment (including, but not limited to, all

kitchen and food preparation equipment, tables, chairs, cash registers, phones, lighting and other restaurant equipment), barroom equipment (including, but not limited to, alcohol dispensing equipment, bars, plates, glassware, pots and pans, silverware, cups, pitchers and all other equipment used in conjunction with the operation of the hotel restaurant liquor license).

21.   Inventory (including, but not limited to, all food, beverage, alcoholic beverage and other products prepared or sold to the public), all proceeds (including all proceeds from any sales, concerts, services), and after-acquired inventory and accounts receivable.

N:\WPC\JBM\SCHRADER\JONES, ROBIN\MISHAWAKA INN\Miscellaneous\EXHIBIT A-1 to UCC SECURITY AGREEMENT.doc

## EXHIBIT A-2
to UCC - 1

## LIST OF SPECIFIC ASSETS

1. Rights to well, permitted by the Colorado Division of Water Resources, as Permit No. 102654 used in the operation of Mishawaka (the "Business").

2. Liquor License for property identified as Mishawaka and held by Lender.

3. All inventory of the Business, on hand or subsequently acquired.

4. Specific Equipment. The following list of equipment located on the Business premises is not intended to limit the general encumbrance and pledge of all equipment used in the operation of the Business.

    a. Bar Interior Equipment: two (2) beer coolers; three (3) 3-hole reach-in/reach-down coolers; small refrigerator; hand sink; steel table.

    b. Kitchen Area: pans; dish cutlery; flat-top stove; shelving (times 3); pop dispenser; reach-ins – superior (times 2); three-hole sink; prep tables (times 2); stove; grill; fryer; microwave oven (times 2); warmer (times 2); toaster (times 2).

    c. Bar/Dance Area: beer walk-in and compressed sound system; television; five (5) tables and chairs for tables; sixteen (16) bar stools; speakers; wheel table; ice machines (times 2); ladder; mirror ball; inside lighting, including all stage lighting; speakers; decorative stoplight; computerized projector; animal mounts.

    d. Exterior: outside tables fifteen (15) or more with four (4) chairs per table; upper deck; two (2) tables; barbecue; plastic tables (times 9); stage lighting; speakers; mixer board and other materials;

    e. Outside Bar: two-hole sink; pop dispenser; beer cooler; four-hole, reach-down refrigeration unit.

    f. Outdoor Stage, including sixteen (16) spotlights.

    g. Main Cabin: stove; refrigerator; television.

    h. Second Cabin: two (2) freezers, including reach-in refrigerator; microwave; computers; cash register.

    i. Tools, including drills.

    j. Air compressor-speed air, five (5) horsepower.

    k. Greenhouse: walk-in refrigeration and freezer together with compressors and reach-in freezer.

    l. Red House: refrigerator, propane heater and stove.

    m. All computers located on the property.

    n. All cash registers located on the property.

    o. All accounting records; accounts receivable for business known as Mishawaka, including future accounts receivable.