IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY, and
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. Due to the appearance of Claimant Mishvestments, LLC [Docket No. 21],

    IT IS HEREBY **ORDERED** that a Status Conference is set for **August 25, 2010 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The purpose of the Status Conference is to discuss the status of the case, whether discovery is necessary, and whether entry of other case deadlines is appropriate.

    IT IS FURTHER **ORDERED** that the Clerk shall send a copy of this Minute Order to Mishinvestment, LLC's counsel, J. Brad March, 110 E. Oak Street, Suite 200, Fort Collins, Colorado 80524.

Dated: July 23, 2010