IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT.

      Defendants.

_____

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF**
_____

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the above-named Plaintiff.

DATED at Denver, Colorado, this 18th day of August, 2010.

      Respectfully submitted,

      JOHN F. WALSH
      United States Attorney

      By: s/ Tonya S. Andrews
      TONYA S. ANDREWS
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      E-mail: tonya.andrews@usdoj.gov

-2-

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on August 18, 2010, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following.

J. Brad March
110 E. Oak St., Ste. 200
Fort Collins, CO 80524
Phone: (970) 482-4322
Fax: (970) 482-5719
E-mail: bmarch@bmarchlaw.com
Attorney for Mishvestments, LLC

                                                          s/ Lois Limmel
                                                          FSA Data Analyst
                                                          Office of the U.S. Attorney