IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT.

       Defendants.

_____

**MOTION TO WITHDRAW AS COUNSEL -
ASSISTANT UNITED STATES ATTORNEY JAMES S. RUSSELL**

_____

    COMES NOW Assistant United States Attorney James S. Russell and, in compliance with D.C.Colo.LCivR. 83.3 (D) hereby moves to Withdraw as counsel for the United States in this matter.

    As grounds therefor, the undersigned Assistant United States Attorney states that:

    1.    Assistant United States Attorney James S. Russell a member of the District of Colorado United States Attorney's Office Asset Forfeiture Unit has been the sole or lead counsel on this matter.

    2.    Effective immediately, Assistant United States Attorney James S. Russell is going on a detail to the Washington D.C. area to work in another branch of the Department of Justice. As such, he will not be acting as an Assistant United States Attorney in the District of Colorado, nor will he have any contact with this or any other

-1-

-2-

litigation in the District of Colorado.

3.  Assistant United States Attorney Tonya S. Andrews, another member of the United States Attorney's Office Asset Forfeiture Unit has entered her Appearance in this matter and will fully represent the United States in all further proceedings.

WHEREFORE, Assistant United States Attorney James S. Russell moves to withdraw as counsel for the United States in this matter.

DATED at Denver, Colorado, this 18th day of August, 2010.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ James S. Russell
James S. Russell
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: james.russell2@usdoj.gov

-3-

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 18, 2010, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL - ASSISTANT UNITED STATES ATTORNEY JAMES, S. RUSSELL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following.

J. Brad March
110 E. Oak St., Ste. 200
Fort Collins, CO 80524
Phone: (970) 482-4322
Fax: (970) 482-5719
E-mail: bmarch@bmarchlaw.com
Attorney for Mishvestments, LLC

S/ Lois Limmel
Office of the United States Attorney