IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT.,

        Defendant.

## ORDER

This matter having come before the Court on the Motion to Withdraw as Counsel - Assistant United States Attorney James S. Russell, and the Court being fully apprised, it is hereby ORDERED that:

1.      That Assistant United States Attorney James S. Russell's Motion to Withdraw as Counsel be GRANTED.

DONE at Denver, Colorado, this ___ day of August, 2010.

        BY THE COURT:


        _____
        KRISTEN L. MIX
        UNITED STATES MAGISTRATE JUDGE