IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY, and
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

    Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on counsel for Plaintiff's **Motion to Withdraw as Counsel - Assistant United States Attorney James S. Russell** [Docket No. 25; Filed August 18, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  James S. Russell Is relieved of any further representation of Plaintiff in the above-captioned matter.  The Clerk is instructed to terminate Mr. Russell as an attorney of record and to remove his name from the electronic certificate of mailing.

    Dated:  August 18, 2010