IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 CV 00029-MSK-KLM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT

 Defendants.

---

**WITHDRAWAL OF CLAIM and REQUEST TO VACATE STATUS CONFERENCE**

---

The undersigned, with the concurrence of the Plaintiff, on behalf of Mishvestments, LLC, hereby withdraws the Verified Claim filed in this matter on July 21, 2010 by Mishvestments, LLC and requests that the status conference set for August 25, 2010 be vacated.

Respectfully submitted this 24 day of August, 2010.

    MARCH, OLIVE & PHARRIS LLC

    By: _____
    J. Brad March
    110 E. Oak St., Ste. 200
    Fort Collins, CO  80524
    Phone: (970) 482-4322
    Fax: (970) 482-5719
    E-mail: bmarch@bmarchlaw.com
    **ATTORNEYS FOR MISHOLDING, LLC and MISHVESTMENTS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Withdrawal of Claim and Request to Vacate Status Conference** was served on the following by first class U.S. mail, postage prepaid on the 24th day of August, 2010.

BRIAN K. HOLLAND
1600 Stout Street, Ste. 1000
Denver, Colorado 80202
*Attorney for Joy A. Hopley*

DANIEL T. SMITH
1900 Grant Street, Ste. 580
Denver, Colorado 80203
*Attorney for Robin H. Jones and Mishawaka, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 24th day of August, 2010, I electronically filed the foregoing Withdrawal of Claim and Request to Vacate Status Confernce with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

TONYA ANDREWS
E-mail: Tonya.Andrews@usdoj.gov
Attorney for Plaintiff

_____
Sandy H. Helzer

\\server\MarchLaw\WPC\JBM\SCHRADER\JONES, ROBIN\MISHAWAKA INN FORFEITURE ACTION - MONEY\Pleadings\withdrawal of claimdoc