IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY, and
MISCELLANEOUS MARIJUANA GROW EQUIPMENT.

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Claimant Mishvestments, LLC's **Withdrawal of Claim and Request to Vacate Status Conference** [Docket No. 28; Filed August 24, 2010].  Due to the withdrawal of Claimant's claim,

     IT IS HEREBY **ORDERED** that the Status Conference set for August 25, 2010 at 10:30 is **vacated**.

     Dated:  August 24, 2010