IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

        Defendants.

---

## MOTION FOR CLERK'S ENTRY OF DEFAULT

---

COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed.R.Civ.P. 55, moves for entry of default.  In support, Plaintiff states:

1.     Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificates of Service filed with the Court on February 17, July 7, and July 8, 2010 (Docket #s 10, 19, 20).

2.     Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 18, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Declaration of Publication filed with the Court on March 31, 2010 (Docket #17).

3.      Based on internet publication and direct notice, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than August 12, 2010 pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

4.      The only party to file a claim in this matter is Mishvestments, LLC, which filed its Verified Claim on July 21, 2010 (Docket #21).  However, Mishvestments, LLC withdrew its Claim on August 18, 2010 (Docket #25); thus, there are no claimants contesting forfeiture of the defendant property.

WHEREFORE, the United States requests that pursuant to Fed.R.Civ.P. 55(a) the Clerk enter default.

Dated this 23rd day of November, 2010.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/ Tonya S. Andrews
TONYA S. ANDREWS
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: Tonya.Andrews@usdoj.gov
Attorney for Plaintiff

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on November 23, 2010, the foregoing MOTION FOR CLERK'S ENTRY

OF DEFAULT was filed with the Clerk of Court using the CM/ECF system, and that I served the

same via email on the following:

Daniel T. Smith, Esq.
danieltsmith@qwestoffice.net
*counsel for Robin H. Jones*

Brian K. Holland, Esq.
brian@avjlaw.com
*counsel for Joy A. Hopley*

s/ Raisa Vilensky
FSA Data Analyst
Office of the U.S. Attorney
