IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

       Defendants.

**ENTRY OF DEFAULT**

       THIS MATTER is before the Clerk's Office on Plaintiff's Motion for Clerk's Entry of Default. Upon examination of our records, we find that:

       (a)    Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the plaintiff's Certificates of Service filed with the Court on February 17, July 7, and July 8, 2010 (Docket #s 10, 19, 20); and

       (b)    Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 18, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Declaration of Publication filed with the Court on March 31, 2010 (Docket #17); and

(c) Based on internet publication and direct notice, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than August 12, 2010 pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

(d) The only party to file a claim in this matter is Mishvestments, LLC, which filed its Verified Claim on July 21, 2010 (Docket #21). However, Mishvestments, LLC withdrew its Claim on August 18, 2010 (Docket #25); thus, there are no claims, answers, or other responsive pleadings filed as to the defendant property herein.

Therefore, DEFAULT of the defendant property is herewith entered.

DONE at Denver, Colorado this _____ day of _____, 2010.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk