IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY;
$4,651.00 IN UNITED STATES CURRENCY; and
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

    Defendants.

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed on March 31, 2010 showing service on the defendants $18,282.41 in United States Currency, $4,651.00 in United States Currency, and Miscellaneous Marijuana Grow Equipment, by a Notice of Civil Forfeiture that was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 18, 2010.  It also appears from the court file that returns of service were filed on February 17, 2010, July 7, 2010, and July 8, 2010, showing service to all known interested parties via first class U.S. Mail, and Certified Mail Return Receipt Requested .  As said defendants, and all known claimants, have failed to file a pleading or otherwise defend, or have withdrawn claims, default is entered pursuant to Fed. R. Civ. P. 55(a).

    DATED:  November 29, 2010.

                                GREGORY C. LANGHAM, CLERK

                                By:  s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 29, 2010, I mailed a copy of the Entry of Default using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Robin Jones
22301 North County Road 27
Bellvue CO 80512


GREGORY C. LANGHAM, CLERK


By: s/ Wendi Copello
     Deputy Clerk