IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

       Defendants.

**CONSENT TO FORFEITURE**

COMES NOW the United States of America by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, Robin Jones by and through Daniel T. Smith, Esq., and Joy Hopley by and through Brian K. Holland, Esq. (collectively "the Parties"), and as part of a global settlement in this case and Civil Action No. 10-cv-01189-REB-BNB, state the following:

    1.    The Parties agree that the United States will file a Motion for Default and Final Order of Forfeiture against the defendant property, and that upon entry of Default, the defendant property, including all right, title, and interest, will be forfeited to the United States pursuant to 21 U.S.C. § 881.

1

2. Neither Robin Jones nor Joy Hopley shall in any manner contest the forfeiture of the defendant property. However, should any other claims or answers be filed necessitating further administrative or judicial action regarding the defendant property, Robin Jones and Joy Hopley agree to cooperate fully with the United States in the preparation for, handling of, and hearings or trial on such claim or answer, as determined by the United States.

3. The Parties further agree that by approving this Consent to Forfeiture, all claims and issues with respect to the defendant property herein and the defendant Real Property in corresponding Civil Action No. 10-cv-01189-REB-BNB have been resolved as part of the global settlement in both cases.

4. A Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall issue as to all of the defendant property.

5. Any attorneys fees, interest, costs, and fees incurred by the Parties will be their sole responsibility and obligation.

6. The Parties forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to property described herein, except for any civil tax liability which the Parties understand must be handled between them and the Internal Revenue Service directly.

7. This Consent to Forfeiture shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of the Parties.

DATED: 12/6/2010                           s/ *Tonya S. Andrews*
                                           TONYA S. ANDREWS
                                           Assistant United States Attorney
                                           1225 17th Street, Suite 700
                                           Denver, Colorado 80202
                                           Telephone: (303) 454-0100
                                           FAX: (303) 454-0402
                                           E-mail: Tonya.Andrews@usdoj.gov
                                           *Attorney for Plaintiff*


DATED: 11/18/2010                          s/ *Robin H. Jones*
                                           ROBIN H. JONES


DATED: 11/19/2010                          s/ *Daniel T. Smith*
                                           DANIEL T. SMITH, ESQ.
                                           1900 Grant Street, Ste. 580
                                           Denver, Colorado 80203
                                           Telephone: (303) 860-8100
                                           FAX: (303) 860-8018
                                           E-mail: danieltsmith@qwestoffice.net
                                           *Attorney for Robin H. Jones*


DATED: 11/18/2010                          s/ *Joy A. Hopley*
                                           JOY A. HOPLEY


DATED: 11/19/2010                          s/ *Brian K. Holland*
                                           BRIAN K. HOLLAND, ESQ.
                                           1600 Stout Street, Ste. 1000
                                           Denver, Colorado 80202
                                           Telephone: (303) 573-1900
                                           FAX: (303) 446-9400
                                           E-mail: brian@rechtkornfeld.com
                                           *Attorney for Joy A. Hopley*