IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

       Defendants.

_____

**MOTION FOR DEFAULT AND**
**FINAL ORDER OF FORFEITURE**

_____

       COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed.R.Civ.P. 55 and 21 U.S.C. § 881, moves for default and final order of forfeiture of defendant property in favor of the United States. In support, Plaintiff states:

       1.     On January 4, 2010, the United States filed its Verified Complaint seeking forfeiture of the defendant property pursuant to 21 U.S.C. § 881 (ECF Docket #1). All of the sworn statements in the complaint establish by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

       2.     The United States Marshals Service executed the Warrant for Arrest of Property *In Rem* on January 21, 2010, as evidenced by the United States Marshals Return previously filed with the Court (ECF Docket #4).

4. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 18, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Declaration of Publication filed with the Court on March 31, 2010 (ECF Docket #17)

3. All known interested parties have received notice of this action as evidenced by the Certificates of Service filed with the Court on February 17, July 7, and July 8, 2010 (ECF Docket #s 10, 19, 20).

4. Based on internet publication and direct notice, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than August 12, 2010 pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

5. The only party to file a claim in this matter is Mishvestments, LLC, which filed its Verified Claim on July 21, 2010 (Docket #21). However, Mishvestments, LLC withdrew its Claim on August 18, 2010 (Docket #25); thus, there are no claimants contesting forfeiture of the defendant property.

6. Entry of Default was entered on November 29, 2010 by the Clerk of the Court (ECF Docket #31).

7. As part of a global settlement in this case and Civil Action No. 10-cv-01189-REB-BNB, the United States and all interested parties in both cases have agreed that the United States will file this Motion for Default and Final Order of Forfeiture against the defendant property, and that upon entry of Default, the defendant property, including all right, title, and interest, will be forfeited to the United States pursuant to 21 U.S.C. § 881. See Consent to Forfeiture (ECF Docket #32).

WHEREFORE, the United States prays for default and final order of forfeiture of defendant property in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to all defendant property, and to direct the Clerk of Court to enter Judgment as to defendant property for the reasons set forth above.

Dated this 6th day of December, 2010.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/ *Tonya S. Andrews*
TONYA S. ANDREWS
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: Tonya.Andrews@usdoj.gov
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2010, I electronically filed the foregoing MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE with the Clerk of Court using the CM/ECF system, and that I served the same via email on the following:

Daniel T. Smith, Esq.
danieltsmith@qwestoffice.net
*counsel for Robin H. Jones*

Brian K. Holland, Esq.
brian@avjlaw.com
*counsel for Joy A. Hopley*

s/ Raisa Vilensky
FSA Data Analyst
Office of the U.S. Attorney