IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

        Defendants.

---

### DEFAULT AND FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, the only claim to have been filed was that of Mishvestments, LLC, which filed its Verified Claim on July 21, 2010; however, Mishvestments, LLC withdrew its Claim on August 18, 2010. Thus, there are no claimants contesting forfeiture of the defendant property;

THAT as part of a global settlement in this case and Civil Action No. 10-cv-01189-REB-BNB as set forth in the Consent to Forfeiture entered into by the parties, the United States and the

parties in both cases have agreed that upon entry of Default herein, the defendant property, including all right, title, and interest, will be forfeited to the United States pursuant to 21 U.S.C. § 881;

THAT Entry of Default was entered by the Clerk on November 29, 2010;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.

It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant property, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant property.

Dated this ____ day of _____, 2010.

BY THE COURT:

_____
MARCIA S. KRIEGER
U.S. District Court Judge