IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00029-MSK-KLM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY, et al.

  Defendants.

_____

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF**
_____

  COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the above-named Plaintiff.

  DATED at Denver, Colorado, this 7th day of December, 2010.

            Respectfully submitted,

            JOHN F. WALSH
            United States Attorney

          By: s/ Martha A. Paluch
            MARTHA A. PALUCH
            Assistant United States Attorney
            United States Attorney's Office
            1225 17th Street, Suite 700
            Denver, Colorado 80202
            Telephone: (303) 454-0353
            Fax: (303) 454-0402
            E-mail: Martha.Paluch@usdoj.gov

CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on December 7, 2010, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James Bradford March, Esq.
*Counsel for Mishvestments, LLC*

and further certify that I e-mailed a copy of the foregoing to the following non ECF participant:

Daniel T. Smith, Esq.
E-mail: danieltsmith@qwestoffice.net
*Counsel for Robin H. Jones*

              s/ Raisa Vilensky
              FSA Data Analyst
              Office of the U.S. Attorney