IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.  10-cv-00029-MSK-KLM

UNITED STATES OR AMERICA,

       Plaintiff,

v.

$18,282.41 IN UNITED STATES CURRENCY,
$4,651.00 IN UNITED STATES CURRENCY,
MISCELLANEOUS MARIJUANA GROW EQUIPMENT,

       Defendants.

## DEFAULT JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 55(b) and 58(a); and the Order entered by the Honorable Marcia S. Krieger, on April 7, 2011, it is

ORDERED that the Magistrate Judge's Report and Recommendation granting plaintiff's Motion for Default Judgment is ADOPTED in its entirety.  It is

FURTHER ORDERED that judgment is hereby entered in favor of plaintiff the United States of America and against the defendants $18,282.41 in United States Currency, $4,651.00 in United States Currency, and Miscellaneous Marijuana Grow Equipment; and this case is closed.

Dated at Denver, Colorado, this 11th day of April, 2011.

                                        FOR THE COURT:
                                        Gregory C. Langham, Clerk


                                        By:   s/ Edward P. Butler
                                               Edward Butler, Deputy Clerk