# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 10-cv-00029-MSK-KLM #4 ✓ |
| **DEFENDANT** $4,651.00 in United States Currency | **TYPE OF PROCESS** Execute Final Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$4,651.00 in United States Currency
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

Number of process to be served with this Form 285
Number of parties to be served in this case: 2
Check for service on U.S.A.

RECEIVED 2011 APR 12 PM 3:...

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please execute the attached Default Judgment by disposing of defendant $4,651.00 in United States Currency

CATS # 09-DEA-520829

Signature of Attorney other Originator requesting service on behalf of: *Martha Paluch*
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 303-454-0100
DATE: 4/12/11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 13
District to Serve No.: 13
Signature of Authorized USMS Deputy or Clerk: *Pam Elauton*
Date: 4-12-11

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 4-13-11
Time: 9:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: *Ron Kupinch*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: deposited $4651 in AFF

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00